# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARK S. HUGHES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANE MAGNUS-STINSON, )<br>)<br>Defendant. ) | No. 1:12-cv-1254-TWP-DML |

## Entry and Order

Plaintiff Hughes' request to proceed *in forma pauperis* [Dkt. 3] is **denied** because he is ineligible under 28 U.S.C. ' 1915(g) for that status. His "strikes" are chronicled in *Hughes v. Bush,* 3:06-cv-0530-RL-CAN (N.D.Ind. September 13, 2006).

Hughes shall have **through October 3, 2012**, in which to either pay the $350.00 filing fee or demonstrate that, with respect to his claim against President Obama, he is in imminent physical danger. *See Ciarpaglini v. Saini*, 352 F.3d 328, 330 (7th Cir. 2003).

**IT IS SO ORDERED.**

Date: 09/10/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark S. Hughes
#894549
New Castle Correctional Facility
1000 Van Nuys Road
P.O. Box A
New Castle, IN 47362